UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

FILED IN OPEN COURT
8/11/05 KJK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>**WANDA MORGAN TYLER**<br><br>        Defendant. | CASE NO. 05-110M-MPT |

**O R D E R**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **11ᵀᴴ** day of **AUGUST**, 2005,

ORDERED that **Penny Marshall, Esq.** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney

FILED
AUG 11 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE