*filed in open court*
*8/11/05 KJK*

AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.

Wanda Morgan Tyler

COMMITMENT TO ANOTHER DISTRICT

CASE NUMBER: 05-110M (MPT)

The defendant is charged with a violation of __18__ U.S.C. __1341__ alleged to have been committed in the __Northern__ District of __Georgia__.

Brief Description of Charge(s):

MAIL FRAUD

```
FILED
AUG 11 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

Date: August 11, 2005

Judicial Officer

| RETURN | | |
|---|---|---|
| This commitment was received and executed as follows: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |