AO 442 (12/85) Warrant for Arrest

~~SEALED~~ UNSEALED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

05 JUL -6 PM 2: 14

U.S. ... ...RVICE
NORTH... ...GEORGIA

**WARRANT FOR ARREST**

UNITED STATES OF AMERICA,

vs.

WANDA MORGAN TYLER
a/k/a Susan Oyler,
a/k/a Stacy Ottenberg,
a/k/a Mildred Barre

CASE NO. 1:05-CR-315

05-110M USDC/DE

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest WANDA MORGAN TYLER and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition

Charging him or her with (brief description of offense): FRAUD

in violation of Title 18, United States Code, Section(s) 1341

| LUTHER D. THOMAS | Clerk, U.S. District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Lavania Wade-Chiess | July 6, 2005 at Atlanta, Georgia |
| Signature of Issuing Officer | Date and Location |

AUSA Justin Anand

Bail Fixed at $ _____    By: _____
                                     Name of Judicial Officer

FILED
AUG 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

| Date Received: | 8/10/05 | Brenda J Wise - Special Agent |
|---|---|---|
| | | Name and Title of Arresting Officer |
| Date of Arrest: | 8/10/05 | /s/ Brenda J Wise |
| | | Signature of Arresting Officer |