# THE SECRET FIRM

A Professional Corporation
ATTORNEYS & COUNSELLORS AT LAW

Trinity Office Park
4153-B Flat Shoals Parkway
Suite 204
Decatur, Georgia 30034

Akil K. Secret
Admitted in Georgia & Nebraska

(404) 241-8890
Fax (404) 241-8894

September 8, 2005

Mr. Keith Kincaid
Clerk, United States District Court
Delaware District
844 King Street
Wilmington, DE  19801

05-110M-MPT.

RE:   **United States v. Wanda Tyler**
      **Indictment No.: 1:05-CR-315-TWT**

Dear Mr. Kincaid:

Enclosed please find a check in the amount of $26.00 for the cost of copying the audiotape for the above referenced case. I have also enclosed a UPS shipping label to have this tape sent back to me expeditiously.

Thank you for your prompt attention in this matter. If you have any questions or concerns, please contact me at (404) 241-8890.

Sincerely,

Shondra Hicks
Paralegal to Akil K. Secret