OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

September 8, 2005

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 1 2 2005

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

Richard B. Russell Federal Building and Courthouse
75 Spring Street SW
Atlanta, GA 30303-3361

Re: USA v. Tyler
Case Number: 05-110M MPT
Charging District Case Number: 05cr315 TWT-1

Dear Clerk:

    Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

    Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

Sincerely,

Evette Watson

E. Evette Watson
Deputy Clerk

eew
enclosure

I hereby acknowledge receipt of the record in the above referenced case on _____9-14-05_____
                                  (date)

__J Henry_____
         Signature

__Deputy Clerk_____
         Title